IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 3:12-CR-137 |
| v. | ) | |
| | ) | |
| KOLON INDUSTRIES, INC., | ) | |
| JONG-HYUN CHOI, | ) | |
| IN-SIK HAN, | ) | |
| JU-WAN KIM, | ) | |
| KYEONG-HWAN RHO, and | ) | |
| YOUNG-SOO SEO, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S NOTICE

At the government's request, the Court previously sealed the Indictment and other documents in this case, with the documents to be unsealed automatically upon the transmission to the Republic of Korea of the official request for assistance with regard to the service of a summons on defendant Kolon Industries, Inc. pursuant to the Mutual Legal Assistance Treaty between the United States and the Republic of Korea.

The United States hereby notifies this Court that on October 18, 2012, the United States transmitted that official request for assistance to the Republic of Korea. Accordingly, the case should be unsealed pursuant to this Court's previous order.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:   *Michael Gill*

Michael R. Gill
Assistant United States Attorney
Eastern District of Virginia
U.S. Attorney's Office
600 East Main Street
Richmond, VA  23219
Tel:    (804) 819-5400
Fax:    (804) 771-2316
Mike.Gill@usdoj.gov