IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA,

v.  Criminal No. 3:12cr137

KOLON INDUSTRIES, INC., et al.,

Defendants.

**ORDER**

Having reviewed defendant Kolon Industries, Inc.'s ("Kolon") MOTION FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCES (Docket No. 60), the opposition of the United States (Docket No. 63), and Kolon's reply thereto (Docket No. 64), it is hereby ORDERED that Kolon's MOTION FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCES (Docket No. 60) is granted.

Kolon is granted leave to specially appear to file its proposed MOTION TO QUASH SERVICE AND TO DISMISS THE SUPERSEDING INDICTMENT. Kolon is directed to file its motion immediately.

It is further ORDERED that the APPLICATIONS TO QUALIFY AS A FOREIGN ATTORNEY filed by Jeffrey G. Randall, Esq., Stephen C. Neal, Esq., and Kathleen H. Goodhart, Esq. (Docket Nos. 56, 58, & 59) are granted.

Counsel are directed to appear at the time previously scheduled for the arraignment of Kolon in this matter, June 7, 2013 at 10:00 a.m. EDT, to set a briefing schedule on the motion, to discuss administrative matters, and to discuss

Kolon's forthcoming motion for recusal of the Presiding Judge.

It is so ORDERED.

Richmond, Virginia
Date: June 5, 2013

/s/
John A. Gibney, Jr.
United States District Judge