# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 3:12-cr-137-AJT |
| v. ) | |
| ) | |
| **KOLON INDUSTRIES, INC.,** ) | |
|     Including and through its successors ) | |
|     "Kolon Industries, Inc." and "Kolon ) | |
|     Corporation" ) | |
| **JONG-HYUN CHOI,** ) | |
| **IN-SIK HAN,** ) | |
| **JU-WAN KIM,** ) | |
| **KYEONG-HWAN RHO,** ) | |
| **YOUNG-SOO SEO,** ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

## KOLON INDUSTRIES, INC.'S MOTION FOR LEAVE TO APPEAR SPECIALLY

Stephen C. Neal (admitted *pro hac vice*)  
**COOLEY LLP**  
Five Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA 94306  
Telephone: (650) 843-5000  
Facsimile: (650) 857-0663  
nealsc@cooley.com  

Gretchen C. Byrd (VA Bar No. 72789)  
**LeClairRyan, A Professional Corporation**  
Riverfront Plaza, East Tower  
951 East Byrd Street, Eighth Floor  
Richmond, VA  23219  
Telephone:  (804) 783-7553  
Facsimile:  (804) 783-7653  
gretchen.byrd@leclairryan.com  

Jeff G. Randall (admitted *pro hac vice*)  
**PAUL HASTINGS LLP**  
875 15th Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 551-1700  
Facsimile: (202) 551-1705  
jeffrandall@paulhastings.com  




*Attorneys for Specially-Appearing Defendant*  
*Kolon Industries, Inc.*

109924333 v2

PLEASE TAKE NOTICE that counsel for Specially-Appearing Defendant Kolon Industries, Inc. ("Kolon")[1] hereby requests that the Court grant Kolon leave to appear specially at the September 18, 2014 status conference for the limited purpose of addressing this Court's jurisdiction over Kolon, including issues related to the Government's service attempts.  This Motion is made on the grounds set forth in the accompanying Memorandum.

Respectfully submitted this 2nd day of September, 2014.

By: /s/ Gretchen C. Byrd
Gretchen C. Byrd (VA Bar No. 72789)
**LeClairRyan, A Professional Corporation**
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA  23219
Telephone:  (804) 783-7553
Facsimile:  (804) 783-7653
gretchen.byrd@leclairryan.com

Stephen C. Neal (admitted pro hac vice)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
nealsc@cooley.com

Jeffrey G. Randall (admitted pro hac vice)
PAUL HASTINGS  LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
jeffrandall@paulhastings.com

*Attorneys for Specially-Appearing Defendant Kolon Industries, Inc.*

---

[1] "Kolon" refers to Kolon Industries, Inc. and any Kolon entity that the Government contends is both a party and the subject of the Government's service efforts in the above-captioned action. The Superseding Indictment is fatally ambiguous as to the named defendant(s).

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2014, I electronically filed the foregoing document, entitled Kolon Industries, Inc.'s Motion for Leave to Appear Specially, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel named below:

Michael S. Dry, Esq.
Assistant United States Attorney
**UNITED STATES ATTORNEY'S OFFICE**
600 E. Main Street, Suite 1800
Richmond, VA  23219
Telephone:  (804) 819-5400
Facsimile:  (804) 771-2316
michael.s.dry@usdoj.gov

Kosta Stojilkovic, Esq.
Assistant United States Attorney
**UNITED STATES ATTORNEY'S OFFICE**
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3700
Facsimile: (703) 299-2584
kosta.stojilkovic@usdoj.com

John W. Borchert, Esq.
Trial Attorney, Fraud Section
**CRIMINAL DIVISION, DEPARTMENT OF JUSTICE**
1400 New York Avenue, N.W.
Washington, DC  20530
Telephone:  (202) 514-0890
Facsimile:  (202) 616-3511
john.borchert@usdoj.gov

Rudolfo Orjales, Esq.
Senior Counsel, Computer Crime & Intellectual Property Section
**CRIMINAL DIVISION, DEPARTMENT OF JUSTICE**
1301 New York Avenue, N.W.
Washington, DC  20530
Telephone:  (202) 514-1026
Facsimile:  (202) 514-6113
rudy.orjales@usdoj.gov

*Attorneys for the United States of America*

By: /s/ Gretchen C. Byrd
Gretchen C. Byrd (VA Bar No. 72789)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219
Telephone: (804) 783-7553
Facsimile: (804) 783-7653
gretchen.byrd@leclairryan.com

*Attorneys for Specially-Appearing Defendant Kolon Industries, Inc.*