IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:12-cr-137 (AJT) |
| ) | |
| KOLON INDUSTRIES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Presently pending is Defendants' Motion for Leave to Appear Specially [Doc. No. 156] (the "Motion"), in which counsel for defendants Kolon Industries, Inc. and Kolon Corporation ("Kolon") requests permission to appear specially for the limited purpose of filing a motion to quash the purported service of the summonses on Kolon and challenging the United States of America's service attempts and this Court's jurisdiction. Upon consideration of the Motion, the memorandum filed in support thereof, and the Government's response thereto, it is hereby

ORDERED that the Motion for Leave to Appear Specially [Doc. No. 156] be, and the same hereby is, GRANTED and Kolon shall promptly file its motion to quash, attached as Exhibit A to the Motion, as a separate docket entry; and it is further

ORDERED that the parties shall adhere to the following briefing schedule for the motion to quash: the Government's opposition is due Tuesday, December 9, 2014; Kolon's reply is due Tuesday, December 16, 2014; and a hearing will be held on Friday, December 19, 2014.

The Clerk is directed to forward copies of this Order to all counsel of record and counsel for defendants Kolon Industries, Inc. and Kolon Corporation, as reflected in the Motion [Doc. No. 156].

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 5, 2014