IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 3:12-cr-137 (AJT) |
| ) | |
| KOLON INDUSTRIES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Presently pending is Kolon's Motion for Leave to Appear Specially [Doc. No. 179] (the "Motion"), in which counsel for defendants Kolon Industries, Inc. and Kolon Corporation ("Kolon") requests permission to appear specially for the limited purpose of filing a motion requesting a brief continuance of the arraignment, currently scheduled for February 19, 2015, in order to allow the United States Court of Appeals for the Fourth Circuit sufficient time to act upon Kolon's petition for writ of mandamus. Upon consideration of the Motion, the memorandum filed in support thereof, the Government's response thereto, and finding good cause to do so, it is hereby

ORDERED that Kolon's Motion for Leave to Appear Specially [Doc. No. 179] be, and the same hereby is, GRANTED and Kolon shall promptly file its motion requesting a brief continuance of the arraignment, attached as Exhibit A to the memorandum in support of the Motion, as a separate docket entry.

  The Clerk is directed to forward copies of this Order to all counsel of record and counsel specially appearing on behalf of defendants Kolon Industries, Inc. and Kolon Corporation.

|  |  |
|---|---|
| Alexandria, Virginia<br>February 11, 2015 | _____/s/_____<br>Anthony J. Trenga<br>United States District Judge |